# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melvin G Williams<br>　　　　　　　Debtor(s)<br><br>MIDFIRST BANK, its successors and/or assigns<br>　　　　　　　Movant<br>　　vs.<br><br>Melvin G Williams<br>　　　　　　　Debtor(s)<br><br>Kenneth E. West<br>　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 24-12855 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about September 30, 2024.

Dated: <u>February 10, 2025</u>

               Respectfully submitted,

               <u>/s/Denise Carlon</u>
               Denise Carlon, Esq.
               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA  19106
               Phone: (215)-627-1322
               dcarlon@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Melvin G Williams<br>　　　　　　　　　　**Debtor(s)**<br><br>**MIDFIRST BANK**<br>　　　　　　　　　　**Movant**<br>　　vs.<br><br>**Melvin G Williams**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Kenneth E. West**,<br>　　　　　　　　　　**Trustee** | **BK NO. 24-12855 AMC**<br><br>**Chapter 13** |

**CERTIFICATE OF SERVICE
PRAECIPE TO WITHDRAW**

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 10, 2025, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Melvin G Williams
24 High Street
Sharon Hill, PA 19079

Attorney for Debtor(s) (via ECF)
David M. Offen, Esq.
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

Trustee (via ECF)
Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

Method of Service:  electronic means or first-class mail

Dated: February 10, 2025

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Denise Carlon Esquire**
　　　　　　　　　　　　　　　　　　　　　　　Denise Carlon Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com