United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-12855-amc

Melvin G Williams                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 3
Date Rcvd: Feb 13, 2025                        Form ID: 155                                  Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melvin G Williams, 24 High Street, Sharon Hill, PA 19079-1911 |
| 14916325 | + | Borough of Sharon Hill, 250 Sharon Avenue, Sharon Hill, PA 19079-2009 |
| 14916334 | + | Lentegrity Llc, Attn: Bankruptcy, 27442 Portola Pkwy Suite 250, Foothill Ranch, CA 92610-2830 |
| 14916339 | + | Philadelphia Parking Authority, Red-Light Enforcement Program, PO Box 7807, Philadelphia, PA 19101-7807 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14917150 | + | Email/Text: bankruptcy@acacceptance.com | Feb 14 2025 00:10:00 | American Credit Acceptance, 961 East Main St, 961 East Main St, Spartanburg, SC 29302-2149 |
| 14932780 | | Email/PDF: bncnotices@becket-lee.com | Feb 14 2025 00:09:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14916321 | + | Email/PDF: bncnotices@becket-lee.com | Feb 14 2025 00:20:18 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14916324 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 14 2025 00:10:00 | Barclays, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14916329 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 14 2025 00:09:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 14916326 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2025 00:08:48 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14916327 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2025 00:08:44 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 14916328 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2025 00:09:06 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14916330 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 14 2025 00:09:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14916331 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 14 2025 00:08:44 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14916333 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 14 2025 00:10:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14933776 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 14 2025 00:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14937592 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2025 00:09:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| | | | | |
|---|---|---|---|---|
| 14937023 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 14 2025 00:09:26 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14923438 | ^ | MEBN | Feb 14 2025 00:00:09 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14916335 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 14 2025 00:10:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14916336 | + | Email/Text: Mercury@ebn.phinsolutions.com | Feb 14 2025 00:09:00 | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 14916337 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 14 2025 00:09:29 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14916338 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 14 2025 00:09:12 | Navient, Attn: Claims/Bankruptcy, Po Box 9635, Wilkes-Barre, PA 18773-9635 |
| 14916340 | | Email/Text: ProsperBK@prosper.com | Feb 14 2025 00:10:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 14917940 | + | Email/Text: bncmail@w-legal.com | Feb 14 2025 00:10:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 14936941 | | Email/Text: bnc-quantum@quantum3group.com | Feb 14 2025 00:10:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14973402 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2025 00:09:05 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14937590 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2025 00:08:42 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14916342 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 14 2025 00:08:48 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14916343 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 14 2025 00:09:22 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14916344 | | Email/Text: bknotice@upgrade.com | Feb 14 2025 00:09:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14916345 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 14 2025 00:08:44 | Walmart, PO Box 965024, Orlando, FL 32896-5024 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14932781 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14932782 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14916322 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14916323 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14916332 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14916341 | *P++ | PROSPER MARKETPLACE INC, 221 MAIN STREET STE 300, SAN FRANCISCO CA 94105-1909, address filed with court:, Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0313-2                                   User: admin                                        Page 3 of 3
Date Rcvd: Feb 13, 2025                          Form ID: 155                                  Total Noticed: 32

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Melvin G Williams dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                           )

      Melvin G Williams            )         Case No. 24−12855−amc

                           )

                           )

      Debtor(s).                   )         Chapter: 13

                           )

                           )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

      **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

      **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

      **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

      **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 11, 2025                   For The Court

                                         Ashely M. Chan

                                         Chief Judge, United States Bankruptcy Court