IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                    :    CHAPTER 13
                          :
Melvin G Williams         :    No.  24-12855-amc
      Debtor              :


NOTICE OF MOTION, RESPONSE DEADLINE
AND TELEPHONIC OR VIDEO HEARING DATE


Debtor, by attorney David M. Offen, has filed a Motion to Modify Plan with the Court for the proposed Modified Chapter 13 Plan filed on the docket to be approved.

1.   Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney).

2.   If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the Motion, then on or before June 11, 2026, you or your attorney must file a response to the Motion.

3.   A hearing on the Motion is scheduled to be held on July 14, 2026 at 10:00 a.m.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted in the following format:

     ☒    Telephonic via: [court number]
           Zoom audio technology only.  Meeting Info:
           1-646-828-7666 (telephone number)  160 6807 8081
           (meeting ID).  No participant ID is necessary.

     ☐    Video Conference using the following link:
           _____.

     ☐    In-Person participation is also available for this
           hearing.

4.   If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting relief requested in the Motion.

5.   You may contact the Bankruptcy Clerk's Office for Philadelphia cases at 215-408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6.   If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

Filing Instructions

1.   If you are required to file documents electronically by
     Local Bankruptcy Rule 5005-2, you must file your response
     electronically.

2.   If you are not required to file electronically, you must
     file your response at

          Office of the Clerk
          U.S. Bankruptcy Court
          900 Market Street, Suite 400
          Philadelphia, Pa. 19107

3.   If you mail your response to the Bankruptcy Clerk's Office
     for filing, you must mail it early enough so that it will be
     received on or before the date stated in Paragraph 2 on the
     previous page of this Notice.

4.   On the same day that you file or mail your Response to the
     Motion, you must mail or deliver a copy of the Response to
     the movant's attorney:

          David M. Offen, Esquire
          The Curtis Center
          601 Walnut Street, Suite 160 West
          Philadelphia, Pa. 19106
          215-625-9600
          info@offenlaw.com

          Kenneth E. West, Chapter 13 Standing Trustee
          190 N. Independence Mall West, Suite 701
          Philadelphia, PA 19106


Dated: 05/27/2026          /s/ David M. Offen
                           David M. Offen
                           Attorney for Debtor(s)
                           The Curtis Center
                           601 Walnut Street, Suite 160 West
                           Philadelphia, PA 19106
                           215-625-9600
                           info@offenlaw.com