IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:            :    CHAPTER 13
                  :
Melvin G Williams :    No.  24-12855-amc
     Debtor       :

ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW, upon consideration of the Debtor's Motion to Modify

the confirmed Chapter 13 Plan (doc. #34, the "Motion");

It is hereby Ordered that

1)   The Motion is Granted; and

2)   The Modified Plan (doc. #33) is Approved.

Date: July 15, 2026

_____

HONORABLE ASHELY M. CHAN
CHIEF UNITED STATES BANKRUPTCY JUDGE