***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In Re: Melvin G Williams
Debtor(s)

Case No: 24−12855−amc
Chapter: 13

**NOTICE OF SHOW CAUSE HEARING**

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

why the requested fee should not be
adjusted pursuant to Local Rules
2016−3(a)(4)(A)(B) and/or Local
Rule 2016−3(b)(2)(A)(B).

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 9/29/26

at: 11:00 AM

in: HRG will be held via Telephone, see Calendar info. for the Judge, on the Court website

For The Court

Mohung Wong
Clerk of Court

Dated: August 24, 2026